IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND ANTHONY NEYER et al., | No. CIV S-09-1671-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| GMAC HOMECOMINGS FINANCIAL BANK, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiffs bring this civil action alleging banking fraud in the context of their home mortgage. The scheduling conference currently set for November 19, 2009, before the undersigned in Redding, California, is vacated pending resolution of defendants' motion to dismiss.

        IT IS SO ORDERED.

DATED: November 3, 2009

                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE