IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND ANTHONY NEYER et al., | No. CIV S-09-1671-GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| GMAC HOMECOMINGS FINANCIAL BANK, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs bring this civil action alleging banking fraud in the context of their home mortgage. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On November 19, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 19, 2009, are adopted in full;

2. Defendants' motion to dismiss (Doc. 10) is granted;

3. Any claims based on violation of federal criminal statutes are dismissed with prejudice; and

4. Plaintiffs' complaint is dismissed with leave to amend within 30 days of the date of this order.

Dated: February 22, 2010

GARLAND E. BURRELL, JR.
United States District Judge